NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

## IN RE BUTTERCUP LEGACY, LLC

———————

2011-1450
Reexamination No. 90/008,820

———————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

———————

**JUDGMENT**

———————

JOHN M GUYNN, Workman Nydegger, of Salt Lake City, Utah, argued for appellant. Of counsel on the brief was KEVIN W. BATES, Hatch, James & Dodge, of Salt Lake City, Utah.

SCOTT C. WEIDENFELLER, Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 12, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |